MICHAEL R. WENDLBERGER, SBN: 264287
1670 S. Amphlett Blvd., Ste. 214
San Mateo, CA 94402
Tel: (650) 378-2404
Fax: (650) 378-2405

LOUIS A. LIBERTY, SBN: 147975
370 Bridge Parkway
Redwood City, CA 94065
Tel: (650) 341-0300
Fax: (650) 341-0302

Attorneys for Plaintiff
REVA REED

# UNITED STATTES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| REVA REED, an individual, | Case No: 3:12-CV-00793-PJH |
| PLAINTIFF, | 1. STIPULATION OF DISMISSAL WITH PREJUDICE |
| vs. | Judge: Honorable Phyllis J. Hamilton |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland company, and DOES 1 through 20, inclusive, | Date of Removal: February 17, 2012<br>Trial Date: None |
| DEFENDANTS. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff having agreed to release all claims against Defendant and Defendant having agreed not to seek sanctions related to this matter, the parties have agreed to dismiss this matter with

1

DISMISSAL OF ACTION WITH PREJUDICE

prejudice. All parties agree to bear their own attorneys' fees and costs.

Respectfully Submitted

Dated: May 15, 2012

By: _____
Michael Wendlberger
Attorney for Plaintiff,
REVA REED

Dated: May 15, 2012

By: _____
Sheila Carmody
Attorney for Defendant,
GOVERNMENT EMPLOYEES INSURANCE COMPANY

**IT IS SO ORDERED**

5/31/12

_____
Phyllis J. Hamilton
United States

2

DISMISSAL OF ACTION WITH PREJUDICE